Compiler Bx B3)

FILED
SUPERIOR COURT
OF GUAM

2013 NOV -8 PM 4: 53

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM<br><br>v.<br><br>DARREN JARED CARANDANG CRUZ,<br><br>               Petitioner. | SPECIAL PROCEEDINGS<br>CASE NO. SP 0028-13<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 17th day of May, 2013, upon submission of the People's Opposition to Petition for Expungement. Assistant Attorney General Gerald Henderson represented the Government, and Attorney Delia Wolff of Lujan Aguigui & Perez LLP represented the Petitioner.

The Petition requests expungement pursuant to 8 GCA § 11.10 on the grounds that the statute of limitations for the charged offenses has expired. However, the Petitioner was charged with aggravated murder as a first degree felony. Under 8 GCA § 10.10, a prosecution for murder may be commenced at any time. Expungement is therefore not proper in this case. The Petition for Expungement is **DENIED** and this matter is closed.

**IT IS SO ORDERED** this day of __**NOV 0 8 2013**_____.

as hereby certify that the foregoing us a
full true and correct copy of the original on
file in the office of the clerk of the Superior
Court of Guam
Dated at Hagåtña, Guam

NOV 0 3 2013

Joseph J.D. Flausto
Deputy Clerk, Superior C

Original Signed By

_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam